CITY BANK FARMERS TRUST COMPANY, Appellant, *v.* SLOWMACH REALTY CORPORATION et al., Defendants, and THE HOAGLAND CORPORATION, Respondent.

(Argued October 24, 1933; decided November 21, 1933.)

*George S. Mittendorf* and *Milton R. Friedman* for appellant.

*Clark H. Hebner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.